NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3214

GENE M. AUSTON,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH-1221-09-0041-W-1.

ON MOTION

Before GAJARSA, Circuit Judge.

## ORDER

Gene M. Auston moves without opposition for a 90-day extension of time, until December 10, 2009, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 8 2009

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc: Gene M. Auston
Roger A. Hipp, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 8 2009

JAN HORBALY
CLERK